No. 225. ELEUTERI ET AL. *v.* FURMAN, ATTORNEY GENERAL OF NEW JERSEY, ET AL. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *James M. Davis, Jr.* for petitioners. *David D. Furman,* Attorney General of New Jersey, for respondents.

No. 327. TERZICH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg, Julia P. Cooper* and *William J. Schafer, III,* for the United States.

No. 4, Misc. WILLIAMS *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 9, Misc. DANIELS *v.* CULVER, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 10, Misc. CAMPBELL *v.* CULVER, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Odis M. Henderson,* Assistant Attorney General, for respondent.

No. 14, Misc. HOWARD *v.* NEW YORK. Supreme Court of New York, Monroe County. Certiorari denied.

No. 15, Misc. DeSIMONE *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.